IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN STEVEN FORIAN | : |
| Plaintiff, | : |
| v. | : 3:17-CV-2396 |
| | : (JUDGE MARIANI) |
| GARY LAURITZEN | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS** 6th **DAY OF JUNE, 2018,** upon consideration of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

_____
Robert D. Mariani
United States District Judge